

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00820-CV

Buddy **CASTEEL** and Jaret B. Casteel,
Appellants

v.

Amelia **STAYTON** and Ray Baugh,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2014-3228-DC
Honorable Watt Murrah, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED April 22, 2015.

_____
Jason Pulliam, Justice